M. P. No. 926. GERALD M. LACHAPELLE *v.* SUPERIOR COURT. Treating petition for habeas corpus ad testificandum as a petition for a writ of certiorari, petition is denied as moot. *Gerald M. LaChapelle,* petitioner, pro se. *Donald P. Ryan,* Assistant Attorney General, for respondent.

APPEAL No. 657. GOLDEN GATE CORPORATION *v.* PROVIDENCE REDEVELOPMENT AGENCY. Motion for leave to reargue denied. *Arcaro, Belilove & Kolodney, Abraham Belilove,* for petitioner. *Timothy J. McCarthy, Paul F. Casey,* for respondent.